On appellant's and respondents' joint motion to reverse and remand dated April 30, reversed and remanded with instructions July 2, 2003

STATE OF OREGON,
*Respondent,*

*v.*

JEFFREY LEE SIMPSON,
*Appellant.*

D010484M; A116082

71 P3d 537

Stephanie Hortsch, Deputy Public Defender, and Julie Smith, Assistant Attorney General, for motion.

Before Brewer, Presiding Judge, and Wollheim and Kistler, Judges.

PER CURIAM

Reversed and remanded with instructions to enter judgment of conviction for attempted harassment. *State v. Touchstone,* 188 Or App 45, 71 P3d 536 (2003).